ALEXANDER B. CVITAN (SBN 81746)
E-mail: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720)
E-mail: marshah@rac-law.com;
PETER A. HUTCHINSON (SBN 225399), and
E-mail: peterh@rac-law.com,
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583
Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HALOPOFF & SONS, INC. etc., et al.<br><br>Defendants. | CASE NO.: CV14-01638-ODW(CWx)<br><br>[~~PROPOSED~~] JUDGMENT AGAINST DEFENDANT HALOPOFF & SONS, INC. |

The remaining parties to this action are plaintiff Construction Laborers Trust Funds for Southern California Administrative Company, defendant Halopoff & Sons, Inc. and defendant Wesco Insurance Company ("Remaining Parties"). The other parties to this action, and the claims against them, have been dismissed. [Court Document No. 6.]

The Remaining Parties have filed a stipulation that: indicates that they have reached a settlement of their disputes; and fully disposes of this lawsuit

-1-

274084.1

("Stipulation").  Pursuant to the Stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.   **JUDGMENT IS ENTERED IN FAVOR OF THE PLAINTIFF**, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company, an administrator of, agent for collection for, fiduciary to, and on behalf of the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-Training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, Laborers Contract Administration Trust Fund for Southern California, and Laborers' Trusts Administrative Trust Fund for Southern California (hereinafter "Trust Funds" where referenced collectively), and **AGAINST DEFENDANT HALOPOFF & SONS, INC. IN THE AMOUNT OF $80,351.40** (consisting of: $46,715.46 in past due fringe benefit contributions for some or all of the months of July 2012 through August 2013; $4,719.17 in interest; $1,280.00 in audit fees; $19,175.95 in liquidated damages; and $8,500.00 in attorneys' fees; minus a credit of $39.18).

2.   The monetary judgment issued hereby in paragraph "1" above shall not, and does not, have *res judicata* effect, operate as a bar or effect any other limitation of any right of the Trust Funds or any individual Trust Fund (including CLTF on behalf of the Trust Funds or any individual Trust Fund) to determine and collect any additional amounts due to them by Halopoff & Sons, Inc., regardless of the time period of any such additional amount due.

3.   The automatic stay requirement of Federal Rule of Civil Procedure 62(a)

274084.1

and any other temporal restriction on enforcement or execution shall not apply to this judgment. It shall be immediately enforceable upon its entry.

Dated: October 28, 2014

_____
HON. OTIS D. WRIGHT II,
Judge of the United States District Court for the Central District of California

274084.1

-3-